UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, JR., | No. 2:14-cv-0737 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. GAMBERG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed an action for violation of civil rights pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed a completed request to proceed in forma pauperis or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  While plaintiff has submitted a request to proceed in forma pauperis on the proper form, the form submitted by plaintiff is missing page 2.  Plaintiff will be provided the opportunity either to submit a completed request to proceed in forma pauperis on the proper form or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's March 21, 2014 request to proceed in forma pauperis (ECF No. 2) is denied.

2. Plaintiff shall submit, within thirty days from the date of this order, a completed request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: March 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
gonz0737.3a