UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, JR., | No. 2:-14-cv-0737 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. GAMBERG, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff's complaint states the following cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b):

1. Claims for excessive force in violation of the Eighth Amendment against defendants Gamberg, Wheeler and Lively based upon inappropriate use of handcuffs.

2. Claims for retaliation in violation of the First Amendment against defendants Gamberg, Wheeler and Lively based upon adverse action taken against plaintiff for his utilization of the inmate grievance process.

3. Claims for battery arising under California law against defendants Gamberg, Wheeler and Lively based upon inappropriate use of handcuffs.

Accordingly, the court will order that defendants Gamberg, Wheeler and Lively be served with process.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 7) is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendants Gamberg, Wheeler and Lively.

4. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed March 21, 2014.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four copies of the endorsed complaint.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to

1  serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment
2  of costs.
3  Dated: October 14, 2014

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

1
gonz0737.1

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>R. GAMBERG, et al.,<br><br>              Defendants. | No.  2:14-cv-0737 KJM CKD P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

   Plaintiff hereby submits the following documents in compliance with the court's order

filed _____:

   ____      completed summons form

   ____      completed USM-285 forms

   ____      copies of the _____

                          Complaint

DATED:





                                                            _____
                                                            Plaintiff

4