UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ, JR., | No. 2:14-cv-0737 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. GAMBERG, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendant Lively's motion for summary judgment (ECF No. 33) is pending. Plaintiff has asserted that the delay in filing his grievance was caused by his fear of retaliation, and that his fear was mitigated only when he was transferred to another institution. Plaintiff fails to provide the date of his transfer, however. Accordingly, IT IS HEREBY ORDERED that, within 5 days of this order, defendant Lively shall provide the court with an affidavit indicating the date in 2011 on which plaintiff arrived at the California Correctional Institution in Tehachapi, California following his transfer from High Desert State prison. Neither party need take any other further action until further notice from the court.

Dated: December 8, 2016

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/gonz0737.aff